B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re **A&B Valve and Piping Systems LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AFFILIATED DISTRIBUTORS C/O KELLY PIPE CO, LLC 1064 SOLUTIONS CENTER CHICAGO, IL 60677-1000** | **AFFILIATED DISTRIBUTORS C/O KELLY PIPE CO, LLC 1064 SOLUTIONS CENTER CHICAGO, IL 60677-1000** | **Trade Vendor** | | **469,698.94** |
| **AFFILIATED DISTRIBUTORS C/O ALLIED FITTING LP 1064 SOLUTIONS CENTER CHICAGO, IL 60677-1000** | **AFFILIATED DISTRIBUTORS C/O ALLIED FITTING LP 1064 SOLUTIONS CENTER CHICAGO, IL 60677-1000** | **Trade Vendor** | | **112,995.01** |
| **AIV, LP 7140 W. SAM HOUSTON PARKWAY, NORTH HOUSTON, TX 77040** | **AIV, LP 7140 W. SAM HOUSTON PARKWAY, NORTH HOUSTON, TX 77040** | **Trade Vendor** | | **197,065.00** |
| **AMERICAN EXPRESS P O BOX 650448 DALLAS, TX 75265** | **AMERICAN EXPRESS P O BOX 650448 DALLAS, TX 75265** | **Trade Vendor** | | **205,929.01** |
| **CAMERON VALVES P.O. BOX 730098 DALLAS, TX 75373-0098** | **CAMERON VALVES P.O. BOX 730098 DALLAS, TX 75373-0098** | **Trade Vendor** | | **116,528.20** |
| **CIRCOR ENERGY PRODUCTS P O BOX 120001 DEPT #0843 DALLAS, TX 75312-0843** | **CIRCOR ENERGY PRODUCTS P O BOX 120001 DEPT #0843 DALLAS, TX 75312-0843** | **Trade Vendor** | | **594,465.71** |
| **DIXIE PIPE SALES L.P. P O BOX 4346 DEPT 372 HOUSTON, TX 77210** | **DIXIE PIPE SALES L.P. P O BOX 4346 DEPT 372 HOUSTON, TX 77210** | **Trade Vendor** | | **486,830.18** |
| **DNOW L.P. PO BOX 40985 HOUSTON, TX 77040** | **DNOW L.P. PO BOX 40985 HOUSTON, TX 77040** | **Trade Vendor** | | **403,436.87** |
| **DODSON GLOBAL INC P. O. BOX 1150 TUCKER, GA 30085** | **DODSON GLOBAL INC P. O. BOX 1150 TUCKER, GA 30085** | **Trade Vendor** | | **237,632.24** |
| **EDGEN MURRAY CORPORATION P.O. BOX 844733 DALLAS, TX 75284-4733** | **EDGEN MURRAY CORPORATION P.O. BOX 844733 DALLAS, TX 75284-4733** | **Trade Vendor** | | **256,201.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  A&B Valve and Piping Systems LLC  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **GLOBAL STAINLESS SUPPLY, INC** dba THE GLOBAL GROUP P O BOX 849130 DALLAS, TX 75284-9130 | GLOBAL STAINLESS SUPPLY, INC dba THE GLOBAL GROUP P O BOX 849130 DALLAS, TX 75284-9130 | Trade Vendor | | 288,733.58 |
| **ISCO INDUSTRIES** 1974 SOLUTIONS CENTER CHICAGO, IL 60677 | ISCO INDUSTRIES 1974 SOLUTIONS CENTER CHICAGO, IL 60677 | Trade Vendor | | 325,602.55 |
| **LAMONS GASKET CO - TSPC INC** P O BOX 203061 DALLAS, TX 75320-3061 | LAMONS GASKET CO - TSPC INC P O BOX 203061 DALLAS, TX 75320-3061 | Trade Vendor | | 83,122.20 |
| **MAVERICK INTERNATIONAL** P O BOX 6600 BEAUMONT, TX 77725 | MAVERICK INTERNATIONAL P O BOX 6600 BEAUMONT, TX 77725 | Trade Vendor | | 181,767.31 |
| **NC RECEIVABLES CORPORATIONS** KLOECKNER METALS PO BOX 200040 DALLAS, TX 75320-0040 | NC RECEIVABLES CORPORATIONS KLOECKNER METALS PO BOX 200040 DALLAS, TX 75320-0040 | Trade Vendor | | 83,033.44 |
| **RONALD E. WELLS, INC.** PO BOX 112 ATHENS, TX 75751 | RONALD E. WELLS, INC. PO BOX 112 ATHENS, TX 75751 | Lender | | 807,875.91 |
| **TEAM ALLOYS LLC** PO BOX 204043 DALLAS, TX 75320-4043 | TEAM ALLOYS LLC PO BOX 204043 DALLAS, TX 75320-4043 | Trade Vendor | | 155,743.29 |
| **USA FASTENERS GROUP INC** 1300 GAZIN STREET HOUSTON, TX 77020 | USA FASTENERS GROUP INC 1300 GAZIN STREET HOUSTON, TX 77020 | Trade Vendor | | 84,721.80 |
| **VASS PIPE & STEEL CO. INC.** P O BOX 583 MINEOLA, NY 11501 | VASS PIPE & STEEL CO. INC. P O BOX 583 MINEOLA, NY 11501 | Trade Vendor | | 157,271.60 |
| **WELDBEND CORPORATION** P O BOX 8 BEDFORD PARK, IL 60499-9928 | WELDBEND CORPORATION P O BOX 8 BEDFORD PARK, IL 60499-9928 | Trade Vendor | | 300,930.87 |

B4 (Official Form 4) (12/07) - Cont.
In re  **A&B Valve and Piping Systems LLC**  Case No.
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 16, 2015**            Signature **/s/ Ryan A. Maupin**
                                               **Ryan A. Maupin**
                                               **Interim Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.