IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

| | |
|---|---|
| **A&B VALVE AND PIPING SYSTEMS, L.L.C.** TAX ID NO. XX-XXX1417 | CASE NO. 15-51336 |
| **KIMZEY CASING SERVICE, LLC** TAX ID NO. XX-XXX3980 | CASE NO. 15-51337 |
| **SHEFFIELD HOLDINGS, LLC** TAX ID NO. XX-XXX0324 | CASE NO. 15-51338 |
| **SHEFFIELD GP, LLC** TAX ID NO. XX-XXX6709 | CASE NO. 15-51339 |
| **DEBTORS** | (JOINT ADMINISTRATION REQUESTED) |

**EMERGENCY MOTION FOR ORDER UNDER BANKRUPTCY RULE 1015(b)
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

NOW INTO COURT, through undersigned counsel, comes A&B Valve and Piping Systems, L.L.C., Kimzey Casing Service, LLC, Sheffield GP, LLC, and Sheffield Holdings, LP, each a debtor and debtor-in-possession (collectively, the "Debtors"), who file this *Emergency Motion for Order under Bankruptcy Rule 1015(b) Directing Joint Administration of Chapter 11 Cases* (this "Motion"). In support, the Debtors represent:

**Jurisdiction and Venue**

1. The Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The authority for the relief requested herein is Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and section 105(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code").

1

GAMDE: 2332668

## General Background

4. On October 16, 2015 (the "Petition Date"), the Debtors filed for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has been established in these chapter 11 cases (these "Cases").

5. The Court is referred to the Declaration of Ryan A. Maupin (the "Declaration") (ECF No. 3) which provides a detailed discussion of the factual background and circumstances surrounding the Debtors' businesses and the events that led to commencement of these Cases.[1]

6. The Debtors filed for Chapter 11 relief under the Bankruptcy Code in an effort to maximize the value of the estates for all constituents, including unsecured creditors and equity interest holders. The Debtors hope to reach a consensual resolution with their creditors and equity holders to restructure their debt and capital structure.

## Relief Requested

**7.** By this motion, the Debtors request entry of an order authorizing joint administration of their Cases for procedural purposes, with the case of A&B Valve and Piping Systems, L.L.C. as the lead case.

## Basis for Relief Requested

8. Bankruptcy Code § 105 provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

9. Bankruptcy Rule 1015(b) provides, in relevant part, that: "[i]f… two or more petitions are pending in the same court by or against … (4) a debtor and an affiliate, the court

---

[1] All capitalized terms not specifically defined herein shall have the meaning ascribed to such terms in the Declaration.

may order a joint administration of the estates." The Debtors are "affiliate[s]" as that term is defined in Bankruptcy Code § 101(2).

10. Consistent with the practices of this district and other districts, if the Court authorizes joint administration, the number of the lowest numbered bankruptcy case is to be captioned first and the caption of the lowest numbered case is to serve as the identifying caption. In order to optimally and economically administer these pending Cases, these Cases should be jointly administered, for procedural purposes, under the case number assigned to A&B Valve and Piping Systems, LLC. *See*, *e.g.*, *In re Harvest Oil & Gas, LLC et al.*, 15-50748 (Bankr. W.D. La. June 19, 2015); *In re Piccadilly, LLC, et al.,* 12-51127 (Bankr. W.D. La. Sept. 21, 2012); *In re La. Riverboat Gaming P'ship*, 08-10824 (Bankr. W.D. La. Mar. 12, 2008); *In re Communications Corp. of Am.*, 06-50410 (Bankr. W.D. La. June 7, 2006).

11. The rights of the respective creditors of the Debtors will not be adversely affected by joint administration of these Cases because this motion requests only administrative consolidation of the estates and the Debtors are not by this Motion seeking substantive consolidation.

12. The Debtors request that single docket sheets be maintained for all matters occurring in these Cases, and that they be authorized, but not required, to use combined service lists and notices to creditors. Notwithstanding the entry of an order granting the relief requested by this Motion, separate claims registers shall be maintained and each creditor shall file a proof of claim against a particular Debtor's estate. Thus, the rights of all creditors will be enhanced by the reduced costs resulting from joint administration. This Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, supervision of the administrative aspects of these Cases by the Office of the United States Trustee will be

simplified.

13. By reason of the foregoing, the interests of the Debtors and their creditors would be best served by joint administration of the above-captioned Cases. Accordingly, the Debtors request that the caption of their Cases be modified to reflect the joint administration of the Cases, as follows:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-51336** |
| **A&B VALVE AND PIPING SYSTEMS, L.L.C.,** *et al.*, | **(JOINTLY ADMINISTERED)** |
| | **CHAPTER 11** |
| **DEBTORS** | **CHIEF JUDGE ROBERT SUMMERHAYS** |

14. The Debtors also request that the Clerk of Court enter the following notation on the docket of each of the Debtors' Cases to reflect the administration of the Cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of A&B Valve and Piping Systems, L.L.C. (15-51336), Kimzey Casing Service, LLC (15-51337), Sheffield Holdings, LLC (15-51338) and Sheffield GP, LP (15-51339) and the docket for A&B Valve and Piping Systems, L.L.C. should be consulted for all matters affecting these jointly administered cases.

15. The Debtors further request that: (a) a single docket sheet shall be maintained for all matters occurring in these cases, however, separate claims registers shall be maintained and each creditor shall file a proof of claim against a particular Debtors' estate; (b) a combined service list shall be used; and (c) combined notices to creditors of the estates shall be used.

16. Notice of this Motion has been given to all parties on the Special Notice List, including, without limitation: (i) the Office of the United States Trustee; (ii) the Debtors and

4

GAMDE: 2332668

15-51336 - #4  File 10/16/15  Enter 10/16/15 19:23:07  Main Document  Pg 4 of 6

their counsel; (iii) PNC Bank, National Association; (iv) 3K Partners, Ltd.; (v) Community Bank; (vi) Toyota Motor Credit; (vii) the twenty (20) largest unsecured creditors of A&B Valve and Piping Systems, L.L.C.; Kimzey Casing Service, LLC; Sheffield GP, LLC; and Sheffield Holdings, LP; and (viii) governmental agencies having a regulatory or statutory interest in these cases.In light of the nature of the relief requested herein, the Company submits that no other or further notice is necessary.

**WHEREFORE**, each of the Debtors request that the Court enter an order, substantially in the form submitted herewith, (a) authorizing the joint administration of the A&B Valve and Piping Systems, L.L.C. Kimzey Casing Service, LLC, Sheffield GP, LLC and Sheffield Holdings, LP Chapter 11 cases under the case number assigned to A&B Valve and Piping Systems, LLC, and (b) granting such other relief as the Court deems just and proper.

Respectfully submitted,

**GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC**

By:  **/s/ Louis M. Phillips**
Louis M. Phillips (La. Bar No. 10505)
Peter A. Kopfinger (La. Bar No. 20904)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: lphillips@gordonarata.com
Email: pkopfinger@gordonarata.com

AND

Armistead M. Long (La. Bar No. 33949)
400 East Kaliste Saloom Road, Suite 4200
Lafayette, Louisiana 70508
Email: along@gordonarata.com
Phone: (337) 237-0132
Fax: (337) 237-3451

5

AND

Patrick "Rick" M. Shelby
(La. Bar No. 31963)
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Email: pshelby@gordonarata.com
Telephone: (504) 582-1111

***Proposed Attorneys for A&B Valve and Piping Systems, L.L.C.; Kimzey Casing Service, LLC; Sheffield GP, LLC; and Sheffield Holdings, LP***

6