## A&B Valve and Piping Systems, LLC
**Preliminary Draft - Subject to Revision**

10 Week Cash Flow Budget
*$ in 000s*

| Week Ending: | Week of Petition Fcst. 10/18/15 | Fcst. 10/25/15 | Fcst. 11/01/15 | Fcst. 11/08/15 | Fcst. 11/15/15 | Fcst. 11/22/15 | Fcst. 11/29/15 | Fcst. 12/06/15 | Auction Date Fcst. 12/13/15 | Auction Sale Close Fcst. 12/20/15 | 10 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Billings** | | | | | | | | | | | |
| A&B Valve | $ 371 | $ 509 | $ 1,096 | $ 375 | $ 375 | $ 503 | $ 539 | $ 868 | $ 338 | $ 338 | $ 5,311 |
| Kimzey | 142 | 142 | 142 | 155 | 155 | 155 | 155 | 144 | 141 | 141 | 1,472 |
| **Total Billings** | 513 | 651 | 1,238 | 530 | 530 | 658 | 694 | 1,012 | 479 | 479 | 6,783 |
| **Cash Receipts** | | | | | | | | | | | |
| A&B Valve | 470 | 631 | 229 | 1,403 | 258 | 690 | 1,099 | 1,674 | 330 | 298 | 7,082 |
| Kimzey | 233 | 242 | 194 | 181 | 125 | 140 | 142 | 142 | 152 | 155 | 1,708 |
| **Total Receipts** | 703 | 873 | 423 | 1,584 | 383 | 830 | 1,241 | 1,816 | 483 | 453 | 8,789 |
| **Operating Cash Disbursements** | | | | | | | | | | | |
| Inventory Purchases | 358 | 670 | 317 | 325 | 470 | 366 | 540 | 290 | 424 | 369 | 4,130 |
| Payroll | 212 | 141 | 210 | 149 | 213 | 141 | 230 | 116 | 202 | 161 | 1,775 |
| Other G&A | 50 | 65 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 515 |
| Health Insurance | 20 | 20 | 20 | 40 | 20 | 20 | 20 | 40 | 20 | 20 | 240 |
| Sales Tax | - | 125 | - | - | - | 94 | - | - | 43 | 90 | 352 |
| Credit Cards | 8 | - | 7 | - | 115 | 8 | - | 7 | 115 | 8 | 268 |
| Rent | - | - | - | 105 | - | - | - | 105 | - | - | 210 |
| Property Tax | - | - | - | - | - | - | - | - | - | - | - |
| Freight | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 200 |
| Insurance | - | 390 | - | - | 114 | - | - | - | 114 | - | 618 |
| Truck and Equipment Lease | 50 | 26 | - | - | 50 | - | 26 | - | 50 | - | 202 |
| Fuel | 5 | 5 | 38 | 5 | 5 | 5 | 38 | 5 | 5 | 5 | 116 |
| **Operating Disbursements** | 723 | 1,462 | 663 | 694 | 1,058 | 703 | 925 | 633 | 1,043 | 723 | 8,627 |
| **Operating NCF** | (20) | (588) | (239) | 890 | (675) | 126 | 316 | 1,183 | (560) | (270) | 162 |
| **Other Cash Disbursements** | | | | | | | | | | | |
| Professional Fees | - | - | - | 513 | - | - | - | 362 | - | - | 875 |
| **Subtotal: Other** | - | - | - | 513 | - | - | - | 362 | - | - | 875 |
| **NCF Available for Debt Service** | (20) | (588) | (239) | 377 | (675) | 126 | 316 | 821 | (560) | (270) | (712) |
| DIP Fees (PNC) | - | 100 | - | - | - | - | - | - | - | - | 100 |
| Revolver Interest (PNC) | - | - | - | 44 | - | - | - | 37 | - | - | 81 |
| Kimzey Equipment Loan (PNC) | - | - | - | 116 | - | - | - | 116 | - | - | 232 |
| **Total Debt Service** | - | 100 | - | 160 | - | - | - | 153 | - | - | 413 |
| **NCF** | $ (20) | $ (688) | $ (239) | $ 217 | $ (675) | $ 126 | $ 316 | $ 668 | $ (560) | $ (270) | $ (1,126) |
| Book A&B A/R Balance | 7,644 | 7,522 | 8,388 | 7,361 | 7,478 | 7,292 | 6,732 | 5,925 | 5,933 | 5,972 | |
| Book Kimzey A/R Balance | 1,033 | 933 | 881 | 855 | 884 | 898 | 911 | 913 | 902 | 889 | |
| Book Inventory Balance | 13,393 | 13,674 | 13,152 | 13,191 | 13,374 | 13,354 | 13,482 | 13,108 | 13,273 | 13,384 | |
| Book Revolver Balance | 6,586 | 7,274 | 7,514 | 7,297 | 7,971 | 7,845 | 7,529 | 6,861 | 7,421 | 7,692 | |
| Book Availability (Financing Need) | 1,902 | 1,214 | 975 | 1,192 | 517 | 644 | 960 | 1,073 | 571 | 364 | |

# Exhibit 2