
FILED

OCT 19 2015

EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

## MINUTE ENTRY

**15-51336 A&B Valve and Piping Systems LLC        Chapter: 11**

(1)    Emergency Motion for Joint Administration Emergency Motion for Order under Bankruptcy Rule 1015(b) Directing Joint Administration of Chapter 11 Cases Filed by DIP

(2)    Emergency Motion to Limit Notice (Re: 1 Voluntary Petition Chapter 11) Filed by DIP

(3)    Motion Regarding Chapter 11 First Day Motions (Re: Motion For Entry Of An Order To (A) To Pay All Outstanding Pre-Petition Wages, Salaries, Other Accrued Compensation, Expense Reimbursements, Benefits, And Related Amounts; And (B) Continue Specified Benefit Programs In The Ordinary Course Of Business)  Filed by DIP

(4)    Motion Regarding Chapter 11 First Day Motions (Re: Motion For The Entry Of An Order Authorizing (i) Payment Of Certain Pre-Petition Taxes, And (ii) Financial Institutions To Process And Cash Related Checks And Transfers)  Filed by DIP

(5)    Motion Regarding Chapter 11 First Day Motions (Re: Motion For The Entry Of Interim And Final Orders (I) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured Of Future Performance, And (III) Establishing Procedures For Determining Adequate Assurance Of Payment) Filed by DIP

(6)    Motion Regarding Chapter 11 First Day Motions (Re: Application For Order Authorizing And Approving A&B Valve And Piping Systems, L.L.C. As Debtor-In-Possession Entering Into Insurance Premium Finance Agreement) Filed by Louis M. Phillips on behalf of A&B Valve and Piping Systems LLC (Attachments: # 1 Exhibit A - Premium Finance Agreement # 2 Proposed Order)

(7)    Motion Regarding Chapter 11 First Day Motions (Re: Application For Order Authorizing And Approving Kimzey Casing Service, LLC As Debtor-In-Possession Entering Into Insurance Premium Finance Agreement) Filed by DIP

(8)    Application to Employ Gordon, Arata, McCollam, Duplantis & Eagan, LLC as Attorneys for the Debtors Application For Interim And Final Orders Authorizing Employment of Gordon, Arata, McCollam, Duplantis & Eagan, LLC As Attorneys For The Debtors Filed by DIP

(9)    Application to Employ Douglas J. Brickley as Manager And Chief Restructuring Officer for Debtors Debtors Application For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(A) And 363 Authorizing (I) Debtors Designation of Douglas J. Brickley As Manager And Chief Restructuring Officer And (II) Retention And Employment of The Claro Group, LLC Nunc Pro Tunc To The Petition Date Filed by DIP

(10) Application to Employ Ryan A. Maupin as Interim Chief Executive Officer for the Debtors Debtors Application For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363 Authorizing (I) Debtors Designation of Ryan A. Maupin As The Interim Chief Executive Officer And (II) Retention And Employment of Grant Thornton, LLP, Nunc Pro Tunc To The Petition Date Filed by DIP

(11) Motion for Administrative Order under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses For Professionals Filed by DIP

(12) Motion for Entry of an Order Authorizing Payment of Compensation Commensurate with Pre-Petition Payments to Specified Insiders Filed by DIP

(13) Motion Regarding Chapter 11 First Day Motions (Re: Motion For An Order (I) Approving Continued Use Of Cash Management System, (II) Authorizing Maintenance Of Pre-Petition Bank Accounts And Continued Use Of Existing Business Forms, And (III) Waiving The Requirements Of Bankruptcy Code § 345(b)) Filed by DIP

(14) Motion Regarding Chapter 11 First Day Motions (Re: Emergency Motion For An Order (I) Authorizing The Debtors To Obtain Post-Petition Financing Pursuant To 11 U.S.C. §§ 364(c) And 364(d), (II) Authorizing The Debtors Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c); (III) Granting Adequate Protection Pursuant To 11 U.S.C. § 361; And (IV) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001(c)) Filed by DIP

**APPEARANCES:**

**Louis Phillips, Rick Shelby & Armistead Long for DIP**
**Richard Aguilar & John Higgins for PNC Bank**

**RULING:** (1) Motion is granted. (2) Motion is granted. (3) Motion is granted on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m. (4) Motion is granted on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m. (5) Motion is granted on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m. (6) Motion is granted. (7) Motion is granted. (8) Application is approved. (9) Application is approved on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m. (10) Application is approved on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m. (11) Motion is granted on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m. (12) Motion is granted on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m. (13) Motion is granted on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m. (14) Motion is granted on an interim basis. Final hearing set for November 10, 2015 at 11:00 a.m.

**ORDER TO BE PREPARED BY:** Phillips

Date: October 19, 2015